UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11648 GAO

MICHAEL BASSETT,
Plaintiff

vs.

MONTGOMERY KONE, INC.
Defendant.

MAGISTRATE JUDGE _____

NOTICE OF REMOVAL

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

TO: Civil Clerk's Office, United States District Court
District of Massachusetts, U.S. Courthouse
Boston, Massachusetts 02110;

Superior Court Clerk, Superior Court Department of the Trial Court
Middlesex County Court House, 360 Gorham Street, Lowell, MA 01852

Steve J. Gutherz, Esq., 675 Massachusetts Ave., 9th Floor,
Cambridge, Massachusetts 02139

Defendant KONE Inc.(improperly named as Montgomery Kone, Inc.) (hereinafter referred to as "KONE"), by its undersigned attorneys, and pursuant to 28 U.S.C. § 1446, gives notice that it hereby removes the above-captioned case presently pending in the Superior Court Department of the Trial Court of Middlesex County, Commonwealth of Massachusetts, which bears Civil Action Number 04-2275, to the United States District Court for the District of Massachusetts.

KONE is the only named defendant in this action and as such, does not require the consent of other parties to remove this case.

Removal is authorized by 28 U.S.C. § 1441 and is based upon the United States District Court's original jurisdiction over the case pursuant to 28 U.S.C. § 1332, because it is a civil

action where the parties are citizens of different states and upon reasonable information and belief, the amount in controversy exceeds $75,000 exclusive of interest and costs. In support of this Notice, KONE states:

A.  Background

1. This case was commenced by the filing of a complaint in the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts in and for the County of Middlesex on or about June 2, 2004. Copies of the process, pleadings, and orders served upon KONE and the docket sheet in the Superior Court action are attached to this Notice as Exhibit 1.

2. KONE was served with the Summons and Complaint on or about June 24, 2004. The time within which the defendant is required to remove this action to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1446, has not expired.

3. Plaintiff's Complaint purports to assert claims for negligence against KONE.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship among all parties and because the defendant, in good faith, believes that the amount in controversy exceeds $75,000.00.

B.  Diversity of Citizenship

5. Plaintiff, Michael Bassett, is a resident and citizen of Lowell, Massachusetts. (Compl. ¶ 1)

6. Defendant, KONE, is a corporation incorporated in the State of Delaware with its principal place of business in Moline, Illinois. Hence, KONE is a citizen of the States of Delaware and Illinois.

7. There is complete diversity of citizenship between the plaintiff and the defendant in this action.

C.      Jurisdictional Amount

8.      Although the Complaint does not specify the amount of damages sought by the plaintiff in this case, KONE, in good faith believes that the amount in controversy exceeds $75,000.00, based upon plaintiff's allegations of injury, which includes, but is not limited to, disc protrusion with nerve encroachment. Also, plaintiff's Superior Court civil action coversheet alleges that he suffers from permanent partial disability and has substantial restrictions on his daily activities.

9.      Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court, Department of the Trial Court, in and for the County of Middlesex, and a copy of this Notice of Removal will be served upon counsel for the plaintiff.

                                KONE Inc.
                                By its Attorneys,

                                /s/ Bruce S. Barnett
                                _____
                                Bruce S. Barnett (BBO# 647666)
                                PIPER RUDNICK LLP
                                One International Place,
                                21st Floor
                                Boston, MA 02110
                                617-406-6000

Dated: July 23, 2004

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Removal has been served upon all parties by U.S. mail, on this 23rd day of July, as follows:

        Steve J. Gutherz, Esquire
        675 Massachusetts Avenue
        9th Floor
        Cambridge, MA  02139

_____
Bruce S. Barnett (BBO# 647666)

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-2275 L2

Michael Bassett, Plaintiff(s)

v.

Montgomery Kone, Inc., Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Steve J. Gother, Esq. plaintiff's attorney, whose address is 675 Massachusetts Ave., Cambridge, MA 02139, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 40 Thorndike Street, Cambridge, MA 02141 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge, MA the 20th day of June, in the year of our Lord 2004.

Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                TRIAL COURT DEPARTMENT
                                              SUPERIOR COURT DEPARTMENT
                                              Civil Action No: 04-2275 L2

MICHAEL BASSETT            )
                           )
                           )
                           )
    Plaintiff              )
                           )
                           )   COMPLAINT AND CLAIM
    v.                     )   FOR JURY TRIAL
                           )
MONTGOMERY KONE, INC.      )
                           )
    Defendant              )
                           )

1. The Plaintiff, Michael Bassett, (hereinafter "Bassett") is a resident of 114 Sayles Street, Lowell, MA 01851, Middlesex County, Massachusetts.

2. Upon information and belief, Defendant, Montgomery Kone, Inc. is corporation organized pursuant to the laws of the State of Delaware with its principal place of business in Massachusetts located at 55 Brooks Drive, Braintree, Norfolk County, Massachusetts.

3. On or about June 6, 2001, Plaintiff was working at the Federal Post Office located on Massachusetts Avenue, Central Square, Cambridge, Middlesex County, Massachusetts.

4. On or about June 6, 2001, while working at the Federal Post Office located in Central Square, Cambridge, Massachusetts, Plaintiff, Bassett pushed a postal container into the elevator.

5. Suddenly, while pushing such container, the gate of such elevator descended and hit Plaintiff on the head.

6. Such elevator, its installation, maintenance and/or setting of the workings and function

of the elevator gate and any and all precautions required for such elevator and/or elevator gate was under the custody and/or control of Defendant, Montgomery Kone.

7. Defendant, Montgomery Kone failed to install, maintain, and/or adequately set the workings and function of the elevator gate and any and all precautions required for such elevator and/or elevator gate.

8. The actions and/or omissions of Defendant, Montgomery Kone including but not limited to that set out above constitutes negligence.

9. As a direct and proximate result of the negligence of Defendant, Montgomery Kone, Plaintiff, Bassett suffered and continues to suffer from damages including injuries to his person, permanent partial disability, pain and suffering and medical treatment and expense.

WHEREFORE, Plaintiff demands judgment against:

A. Defendant, Montgomery Kone for any and all damages to which he is entitled; and

B. Any and all other costs and or awards which this Honorable Court deems justified.

PLAINTIFF DEMANDS A JURY TRIAL AS TO EACH AND EVERY ISSUE RAISED IN THIS COMPLAINT.

DATED: JUNE 2, 2004

Plaintiff,
By his attorney,

Steve J. Gutherz, Esq.
675 Massachusetts Ave.
9th Floor
Cambridge, MA 02139
(617) 868-2030
BBO# 545996

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET # MICV2004-02275-L2

RE: **Bassett v Montgomery Kone, Inc.**

TO: Steve J Gutherz, Esquire
675 Massachusetts Avenue
9th floor
Cambridge, MA 02139

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 08/31/2004 |
| Response to the complaint filed (also see MRCP 12) | 10/30/2004 |
| All motions under MRCP 12, 19, and 20 filed | 10/30/2004 |
| All motions under MRCP 15 filed | 10/30/2004 |
| All discovery requests and depositions completed | 03/29/2005 |
| All motions under MRCP 56 served and heard | 04/28/2005 |
| Final pre-trial conference held and/or firm trial date set | 05/28/2005 |
| Case disposed | 07/27/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "L2" sitting in **Cv CrtRm 2 (Lowell)** Middlesex Superior Court.

Dated: 06/03/2004

Edward J. Sullivan
Clerk of the Court

Location: Cv CrtRm 2 (Lowell)
Telephone: 978-453-0201 EXT 231

BY:
Assistant Clerk

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic
2572765 inidoc01 dipaces

# Commonwealth of Massachusetts
# MIDDLESEX SUPERIOR COURT
## Case Summary
## Civil Docket

## Bassett v Montgomery Kone, Inc.

Details for Docket: MICV2004-02275

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV2004-02275 | **Caption:** | Bassett v Montgomery Kone, Inc. |
| **Filing Date:** | 06/02/2004 | **Case Status:** | Needs review for service |
| **Status Date:** | 06/02/2004 | **Session:** | Cv time-stan 2 (Lowell) |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 03/29/2005 |
| **Service Date:** | 08/31/2004 | **Disposition:** | 07/27/2005 |
| **Rule 15:** | 10/30/2004 | **Rule 12/19/20:** | 10/30/2004 |
| **Final PTC:** | 05/28/2005 | **Rule 56:** | 04/28/2005 |
| **Answer Date:** | 10/30/2004 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV2004-02275 | **Caption:** | Bassett v Montgomery Kone, Inc. |
| **Filing Date:** | 06/02/2004 | **Case Status:** | Needs review for service |
| **Status Date:** | 06/02/2004 | **Session:** | Cv time-stan 2 (Lowell) |
| **Lead Case:** | NA | **Case Type:** | Other negligence/pers injury/pro |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 03/29/2005 |
| **Service Date:** | 08/31/2004 | **Disposition:** | 07/27/2005 |
| **Rule 15:** | 10/30/2004 | **Rule 12/19/20:** | 10/30/2004 |
| **Final PTC:** | 05/28/2005 | **Rule 56:** | 04/28/2005 |
| **Answer Date:** | 10/30/2004 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: MICV2004-02275

**Party**

| | | | |
|---|---|---|---|
| **Involved:** | | **Role:** | Defendant |
| **Last Name:** | Montgomery Kone, Inc. | **First Name:** | |
| **Address:** | 55 Brooks Drive | **Address:** | |
| **City:** | Braintree | **State:** | MA |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Bassett | **First Name:** | Michael |
| **Address:** | 114 Sayles Street | **Address:** | |
| **City:** | Lowell | **State:** | MA |
| **Zip Code:** | 01851 | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

1 Attorneys Involved for Docket: MICV2004-02275

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Gutherz | **First Name:** | Steve J |
| **Address:** | 675 Massachusetts Avenue | **Address:** | 9th floor |
| **City:** | Cambridge | **State:** | MA |
| **Zip Code:** | 02139 | **Zip Ext:** | |
| **Telephone:** | 617-868-2030 | **Tel Ext:** | |
| **Fascimile:** | 617-661-2576 | **Representing:** | Bassett, Michael (Plaintiff) |

## Calendar Events

1 Calendar Events for Docket: MICV2004-02275

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 06/02/2005 | 16:30 | Status: Review Annual Fee | L2 | |

## Full Docket Entries

2 Docket Entries for Docket: MICV2004-02275

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 06/02/2004 | 1 | Complaint & civil action cover sheet filed |
| 06/02/2004 | | Origin 1, Type B04, Track F. |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Michael Bassett__

   vs. Montgomery KONE, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   X  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   __ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   __ V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?                                                               YES ☐      NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC 2403)                              YES ☐      NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                                   YES ☐      NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?                                                  YES ☐      NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).                          YES ☐      NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).                                                           YES ☐      NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?                                                       YES ☐      NO ☒
   (a)   IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?  Eastern

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _____

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENT AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION:  YES ☐ NO ☐        OR WESTERN SECTION;  YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME____Bruce S. Barnett_____
ADDRESS____One International Place, Boston, MA  02110_____
TELEPHONE NO.____(617) 406-6000_____

(Categform.rev - 3/97)

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
Michael Bassett

## DEFENDANTS
Montgomery KONE, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Middlesex__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Steve J. Gutherz
675 Massachusetts Avenue
9th Floor
Cambridge, MA  02139    (617) 868-2030

ATTORNEYS (IF KNOWN)

Bruce S. Barnett
Piper Rudnick LLP
One International Place
Boston, MA  02110    (617) 406-6000

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Removal of Tort Action per 28 U.S.C. Sect. 1441
Diversity Jurisdiction per 28 U.S.C Sect. 1332

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ Greater than $75,000

Check YES only if demanded in complaint:
**JURY DEMAND:**  ☒YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
None

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**UNITED STATES DISTRICT COURT**