UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br>    Plaintiff,<br><br>vs.<br><br>MONTGOMERY KONE, INC.,<br>    Defendant. | CIVIL ACTION NO. 04-CV-11648 (GAO) |

**DEFENDANT KONE INC.'s
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendant KONE Inc. ("KONE") makes the following disclosures:

1. KONE's parent corporation is KONE Holdings Inc.

2. No publicly held company owns 10% or more of KONE's stock.

    Respectfully submitted,

    KONE Inc.
    By its attorneys,


    /s/ Bruce S. Barnett
    Bruce S. Barnett (BBO#647666)
    PIPER RUDNICK LLP
    One International Place
    Boston, MA 02110
    (617) 406-6000

Dated: July 28, 2004