UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BASSETT,<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>MONTGOMERY KONE, INC.,<br>　　　　Defendant. | CIVIL ACTION NO.  04-CV-11648 (GAO) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN P. LOCK

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the

District of Massachusetts, defendant KONE Inc. moves that John P. Lock of Piper Rudnick LLP,

1650 Market Street, Suite 4900, Philadelphia, PA, 19103 be admitted to represent this defendant

before this Court.  The certificate required by Local Rule 83.5.3(b) is appended hereto.

KONE Inc.

By its Attorneys,


/s/ Bruce S. Barnett _____
Bruce S. Barnett (BBO# 647666)
PIPER RUDNICK LLP
One International Place,
21st Floor
Boston, MA 02110
617-406-6000

Dated:  August 11, 2004