UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br>Plaintiff<br><br>vs.<br><br>MONTGOMERY KONE, INC.<br>Defendant. | CIVIL ACTION NO. 04-CV-11648 (GAO) |

## *PRO HAC VICE* CERTIFICATE OF JOHN P. LOCK

Pursuant to Local Rule 83.5.3 of the United States District Csourt of the District of Massachusetts, I hereby certify the following:

1. I am a member of the law firm of Piper Rudnick, LLP, and work in said law firm's office located at 1650 Market Street, Suite 4900, in Philadelphia, Pennsylvania.

2. I am admitted to and have been an active member in good standing with the State Bar of Pennsylvania since 1998 and the State Bar of New Jersey since 1998. I am further admitted to and have been an active member in good standing with the United States District Court for the Eastern District of Pennsylvania since 2000 and the United States District Court for the District of New Jersey since 1998.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 26th day of July, 2004.

_____
John P. Lock