# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

I, **Brian Burke, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-02275** entered in the Superior Court on **06/02/2004**.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 29th day of July, in the year of our Lord 2004



Brian Burke
Assistant Clerk of the Courts

cvdremlett.wpd 2598243 removus houle

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-02275
### Bassett v Montgomery Kone, Inc.

| | | | |
|---|---|---|---|
| **File Date** | 06/02/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 07/29/2004 | **Session** | L2 - Cv time-stan 2 (Lowell) |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 08/31/2004 | **Answer** | 10/30/2004 | **Rule12/19/20** | 10/30/2004 |
| **Rule 15** | 10/30/2004 | **Discovery** | 03/29/2005 | **Rule 56** | 04/28/2005 |
| **Final PTC** | 05/28/2005 | **Disposition** | 07/27/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Michael Bassett
114 Sayles Street
Lowell, MA 01851
Active 06/02/2004

**Private Counsel 545996**
Steve J Gutherz
675 Massachusetts Avenue
9th floor
Cambridge, MA 02139
Phone: 617-868-2030
Fax: 617-661-2576
Active 06/02/2004 Notify

**Defendant**
Montgomery Kone, Inc.
55 Brooks Drive
Service pending 06/02/2004

**Private Counsel 647666**
Bruce S Barnett
Piper Rudnick LLP
One International Place
Boston, MA 02110
Phone: 617-406-6000
Fax: 617-406-6100
Active 07/26/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/02/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/02/2004 | | Origin 1, Type B04, Track F. |
| 07/29/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 06/02/2005 | Cv time-stan 2 (Lowell) | Status: Review Annual Fee | Event canceled not re-scheduled |

MIDDLESEX, ss.    Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
in testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior court
this 29th day of July 2004.

_____
Deputy Assistant Clerk



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11648 GAO

MICHAEL BASSETT,
Plaintiff

vs.

MONTGOMERY KONE, INC.
Defendant.

NOTICE OF REMOVAL



TO: Civil Clerk's Office, United States District Court
District of Massachusetts, U.S. Courthouse
Boston, Massachusetts 02110;

Superior Court Clerk, Superior Court Department of the Trial Court
Middlesex County Court House, 360 Gorham Street, Lowell, MA 01852

Steve J. Gutherz, Esq., 675 Massachusetts Ave., 9th Floor,
Cambridge, Massachusetts 02139

Defendant KONE Inc.(improperly named as Montgomery Kone, Inc.) (hereinafter referred to as "KONE"), by its undersigned attorneys, and pursuant to 28 U.S.C. § 1446, gives notice that it hereby removes the above-captioned case presently pending in the Superior Court Department of the Trial Court of Middlesex County, Commonwealth of Massachusetts, which bears Civil Action Number 04-2275, to the United States District Court for the District of Massachusetts.

KONE is the only named defendant in this action and as such, does not require the consent of other parties to remove this case.

Removal is authorized by 28 U.S.C. § 1441 and is based upon the United States District Court's original jurisdiction over the case pursuant to 28 U.S.C. § 1332, because it is a civil

action where the parties are citizens of different states and upon reasonable information and belief, the amount in controversy exceeds $75,000 exclusive of interest and costs. In support of this Notice, KONE states:

A.  Background

1. This case was commenced by the filing of a complaint in the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts in and for the County of Middlesex on or about June 2, 2004. Copies of the process, pleadings, and orders served upon KONE and the docket sheet in the Superior Court action are attached to this Notice as Exhibit 1.

2. KONE was served with the Summons and Complaint on or about June 24, 2004. The time within which the defendant is required to remove this action to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1446, has not expired.

3. Plaintiff's Complaint purports to assert claims for negligence against KONE.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship among all parties and because the defendant, in good faith, believes that the amount in controversy exceeds $75,000.00.

B.  Diversity of Citizenship

5. Plaintiff, Michael Bassett, is a resident and citizen of Lowell, Massachusetts. (Compl. ¶ 1)

6. Defendant, KONE, is a corporation incorporated in the State of Delaware with its principal place of business in Moline, Illinois. Hence, KONE is a citizen of the States of Delaware and Illinois.

7. There is complete diversity of citizenship between the plaintiff and the defendant in this action.

2

C. <u>Jurisdictional Amount</u>

8. Although the Complaint does not specify the amount of damages sought by the plaintiff in this case, KONE, in good faith believes that the amount in controversy exceeds $75,000.00, based upon plaintiff's allegations of injury, which includes, but is not limited to, disc protrusion with nerve encroachment. Also, plaintiff's Superior Court civil action coversheet alleges that he suffers from permanent partial disability and has substantial restrictions on his daily activities.

9. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court, Department of the Trial Court, in and for the County of Middlesex, and a copy of this Notice of Removal will be served upon counsel for the plaintiff.

        KONE Inc.
        By its Attorneys,

        /s/ Bruce S. Barnett
        Bruce S. Barnett (BBO# 647666)
        PIPER RUDNICK LLP
        One International Place,
        21st Floor
        Boston, MA 02110
        617-406-6000

Dated: July 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Removal has been served upon all parties by U.S. mail, on this 23rd day of July, as follows:

Steve J. Gutherz, Esquire
675 Massachusetts Avenue
9th Floor
Cambridge, MA  02139

*Bruce S. Barnett*
Bruce S. Barnett (BBO# 647666)