UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br>Plaintiff,<br><br>vs.<br><br>MONTGOMERY KONE, INC.,<br>Defendant. | CIVIL ACTION NO. 04-CV-11648 (GAO) |

### ASSENTED MOTION FOR CONTINUATION OF SCHEDULING CONFERENCE

Due to the inability of John P. Lock, trial counsel for the defendant KONE Inc. (improperly named as Montgomery Kone, Inc.), to attend the Scheduling Conference scheduled for December 21, 2004 at 2:00 p.m., the parties respectfully request the Court continue the conference date.

Respectfully submitted:

Michael Bassett
By his attorney:

*Steve Gutherz*
Steve Gutherz (BBO 545996)
675 Massachusetts Avenue
9th Floor
Cambridge, MA 02139
617-868-2030

KONE Inc.
By its attorneys

*John P. Lock*
John P. Lock, *pro hac vice*
Piper Rudnick LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103
215-656-3300

_____
Bruce S. Barnett (BBO 647666)
Piper Rudnick LLP
One International Place
Boston, MA 02110
617-406-6000

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing Assented Motion for Continuation of the Scheduling Conference has been served upon Steve J. Gutherz, Esquire, Counsel for Plaintiff Michael Bassett by mail on this 14th day of December.

_____
Bruce S. Barnett