# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br>Plaintiff,<br><br>vs.<br><br>MONTGOMERY KONE INC.<br>Defendant. | CIVIL ACTION NO. 04-11648-GAO |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the parties in the above matter submit this Joint Statement in advance of the scheduling conference.

**I.   Statement Pursuant to Local Rule 16.1(B)**

Counsel for the parties herein state that they have conferred pursuant to Rule 16.1(B) for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judge.

**II.   Statement Pursuant to Local Rule 16.1(C)**

The parties have had settlement discussions, but believe that some exchange of information and documents in discovery is necessary before they can have a productive settlement conference.

**III.   Joint Statement Pursuant to Local Rule 16.1(D)**

   **A.   Joint Discovery Plan**

      **1.   Initial Disclosures**

The parties propose that initial disclosures be made on or before January 25, 2005.

2. **Close of Fact Discovery**

The parties propose that all fact discovery be completed on or before August 1, 2005.

3. **Expert Witnesses and Expert Discovery**

The parties propose that plaintiff's expert witnesses, if any, be identified in accordance with Fed.R.Civ.P. 26 on or before September 1, 2005, and that defendant's experts, if any, be identified in accordance with Fed.R.Civ.P. 26 on or before November 1, 2005. The parties further propose that expert depositions be completed on or before December 1, 2005, excluding the depositions of treating physicians, if any, which may be taken at any mutually convenient time prior to trial.

B. **Proposed Motion Schedule**

The parties propose that motions for summary judgment and other dispositive motions be filed on or before January 16, 2006.

C. **Proposed Pre-Trial Conference Date**

The parties propose that the Court conduct a pre-trial conference in this matter on March 1, 2006, or as soon thereafter as the Court's calendar permits.

PLAINTIFF MICHAEL BASSETT
By his attorney,

_____
Steve J. Gutherz, P.C.
675 Massachusetts Avenue
9th Floor
Cambridge, MA 02139
(617) 868-2030 (*telephone*)
(617) 876-0780 (*fax*)

**DEFENDANT KONE INC.**
By its attorney,

*[signature]*

DLA PIPER RUDNICK GRAY CARY US LLP
John P. Lock (*Pro Hac Vice*)
1650 Market Street
One Liberty Place, 49th Floor
Philadelphia, PA 19103
(215) 656-3390 (*telephone*)
(215) 606-3390 (*fax*)

---

DLA PIPER RUDNICK GRAY CARY US LLP
Bruce S. Barnett (BBO#647666)
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)