**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL BASSETT,<br>Plaintiff,<br><br>vs.<br><br>MONTGOMERY KONE INC.<br>Defendant. | CIVIL ACTION NO. 04-11648-GAO |

**LOCAL RULE 16.1 (D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), we hereby certify that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative disputes resolution programs such as those outlined in Local Rule 16.4.

**PLAINTIFF MICHAEL BASSETT**
By his attorney,

_____
Steve J. Gutherz, P.C.
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
(617) 868-2030 (*telephone*)
(617) 876-0780 (*fax*)

**DEFENDANT KONE INC.**
By its attorney,

_____
DLA PIPER RUDNICK GRAY CARY US LLP
John P. Lock (*Pro Hac Vice*)
1650 Market Street
One Liberty Place, 49th Floor
Philadelphia, PA 19103
(215) 656-3390 (*telephone*)
(215) 606-3390 (*fax*)

> DLA PIPER RUDNICK GRAY CARY US LLP
> Bruce S. Barnett (BBO#647666)
> One International Place, 21st Floor
> 100 Oliver Street
> Boston, MA 02110-2600
> (617) 406-6000 (*telephone*)
> (617) 406-6100 (*fax*)

2