UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br>    Plaintiff,<br><br>vs.<br><br>MONTGOMERY KONE, INC.,<br>    Defendant. | CIVIL ACTION NO.  04-CV-11648 GAO |

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned counsel on behalf of the defendant in this action.

　　　　　　　　　　　　　　　　　　　　/s/ Brooks A. Ames　　　　　　
　　　　　　　　　　　　　　　　　Brooks A. Ames (BBO# 641192)
　　　　　　　　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP
　　　　　　　　　　　　　　　　　One International Place, 21st Floor
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　(617) 406-6000

Dated:  April 29, 2005