# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                TRIAL COURT DEPARTMENT
                                              SUPERIOR COURT DEPARTMENT
                                              Civil Action No: 04-2275 L2

_____  )
                              )
MICHAEL BASSETT               )
                              )
                              )
    Plaintiff                 )
                              )    COMPLAINT AND CLAIM
v.                            )    FOR JURY TRIAL
                              )
MONTGOMERY KONE, INC.         )
                              )
    Defendant                 )
_____  )

1. The Plaintiff, Michael Bassett, (hereinafter "Bassett") is a resident of 114 Sayles Street, Lowell, MA 01851, Middlesex County, Massachusetts.

2. Upon information and belief, Defendant, Montgomery Kone, Inc. is corporation organized pursuant to the laws of the State of Delaware with its principal place of business in Massachusetts located at 55 Brooks Drive, Braintree, Norfolk County, Massachusetts.

3. On or about June 6, 2001, Plaintiff was working at the Federal Post Office located on Massachusetts Avenue, Central Square, Cambridge, Middlesex County, Massachusetts.

4. On or about June 6, 2001, while working at the Federal Post Office located in Central Square, Cambridge, Massachusetts, Plaintiff, Bassett pushed a postal container into the elevator.

5. Suddenly, while pushing such container, the gate of such elevator descended and hit Plaintiff on the head.

6. Such elevator, its installation, maintenance and/or setting of the workings and function

of the elevator gate and any and all precautions required for such elevator and/or elevator gate was under the custody and/or control of Defendant, Montgomery Kone.

7. Defendant, Montgomery Kone failed to install, maintain, and/or adequately set the workings and function of the elevator gate and any and all precautions required for such elevator and/or elevator gate.

8. The actions and/or omissions of Defendant, Montgomery Kone including but not limited to that set out above constitutes negligence.

9. As a direct and proximate result of the negligence of Defendant, Montgomery Kone, Plaintiff, Bassett suffered and continues to suffer from damages including injuries to his person, permanent partial disability, pain and suffering and medical treatment and expense.

WHEREFORE, Plaintiff demands judgment against:

A. Defendant, Montgomery Kone for any and all damages to which he is entitled; and

B. Any and all other costs and or awards which this Honorable Court deems justified.

PLAINTIFF DEMANDS A JURY TRIAL AS TO EACH AND EVERY ISSUE RAISED IN THIS COMPLAINT.

Plaintiff,
By his attorney,

DATED: JUNE 2, 2004

Steve J. Gutherz, Esq.
675 Massachusetts Ave.
9th Floor
Cambridge, MA 02139
(617) 868-2030
BBO# 545996