UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY KONE, INC.,<br><br>    Defendant. | CIVIL ACTION NO.  04-CV-11648 GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my notice of withdrawal on behalf of the defendant, Montgomery Kone, Inc.

in the above-captioned action.

/s/ Bruce S. Barnett
Bruce S. Barnett (BBO #647666)

DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110
Telephone:  (617) 406-6000

Dated:  February 13, 2006