UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MONTGOMERY KONE, INC.,<br><br>　　　Defendant and Third-Party Plaintiff,<br><br>METROPOLITAN ELEVATOR CO., INC.,<br>HAMILTON DOOR & CAB, INC.,<br>and THE UNITED STATES OF AMERICA,<br><br>　　　Third-Party Defendants. | CIVIL ACTION NO. 04-CV-11648 GAO |

## NOTICE OF FIRM ADDRESS CHANGE

Pursuant to Mass. R. Civ. P. 11(d), please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the address of counsel for defendant KONE Inc. will be:

Brooks A. Ames, Esq. (BBO #641192)
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Respectfully submitted,

KONE INC.
By its attorneys,

/s/ Brooks A. Ames
Brooks A. Ames, BBO #641192
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  February 16, 2006