UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 04-11648-GAO |
| MONTGOMERY KONE, INC., ) | |
| Defendant-Third Party ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| et al. ) | |
| Third Party Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the United States of America.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

## Certificate of Service

I hereby certify that I served a copy of the foregoing motion on the parties having appeared in this matter who are not electronically registered: Steve Gutherz, 675 Massachusetts Ave., 9th Floor, Cambridge, MA 02139 by mail this 30th day of March 2006.

/s/ Mark J. Grady
MARK J. GRADY