UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MONTGOMERY KONE, INC., )<br>      Defendant-Third Party )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>et al. )<br>      Third Party Defendants. ) | CIVIL ACTION NO:<br>04-11648-GAO |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO ANSWER OR OTHERWISE RESPOND TO MAY 4, 2006**

Now comes United States to request that the time to answer or otherwise respond to the third party complaint filed by Montgomery Kone, Inc., be extended to May 4, 2006. In support of the motion, the United States states that the instant complaint appears to be one that may be barred by the Federal Tort Claims Act, 28 U.S.C. § 2761, et seq, and Massachusetts Workers Compensation laws.

From the United States' investigation to date, it appears that the Plaintiff, Michael Bassett, was a postal employee injured in course of his employment. It further appears that Bassett has filed an injury claim under the Federal Employees Compensation Act. 5 U.S.C.A. §§ 8101 et seq. The disposition of that claim is presently unclear.

The extension requested is reasonably necessary to investigate Bassett's Federal Employment Compensation Act claim and to prepare any appropriate motion to dismiss. See,

generally, James Ferrera & Sons, Inc. v. Samuels, 21 Mass.App.Ct. 170, 174 (1985) (Massachusetts law affords a right of contribution only where the third party defendant could be directly liable to plaintiff); 5 U.S.C. §8116 (providing that FECA payments are the exclusive remedy against United States for an injured employee); and M.G.L. c. 152, § 23 (providing that the payment of workers compensation benefits releases an employer from any tort based claims).

The third-party plaintiff, through counsel, has assented to the relief requested by way of this motion.

Wherefore, the United States requests that its motion be allowed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Service**

I hereby certify that I served a copy of the foregoing motion on the parties having appeared in this matter who are not electronically registered: Steve Gutherz, 675 Massachusetts Ave., 9th Floor, Cambridge, MA 02139 by mail this 30th day of March 2006.

/s/ Mark J. Grady
MARK J. GRADY