UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL BASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| | ) | 04-11648-GAO |
| MONTGOMERY KONE, INC., | ) | |
| Defendant-Third Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF | ) | |
| AMERICA, et al., | ) | |
| Third Party Defendants. | ) | |

## THE UNITED STATES' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(1), the United States hereby moves to dismiss the third party plaintiff's complaint for lack of subject matter jurisdiction. As explained more fully in the attached memorandum, the doctrine of sovereign immunity bars the third party claim against the United States because Plaintiff, Michael Bassett, has received worker's compensation benefits from the United States pursuant to the Federal Employees Compensation Act.

In support, the United States submits the attached memorandum and Exhibit.

Wherefore, the United States requests that the third party claims against it be dismissed for lack of subject matter jurisdiction.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Mark J. Grady
> MARK J. GRADY
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA   02210
> Tel. No. (617) 748-3136

## Certificate of Compliance

I hereby certify that I attempted to resolve the issues raised by way of this motion through several emails and telephone conferences with counsel for the third party Plaintiff.  No agreement was reached.

> /s/ Mark J. Grady
> MARK J. GRADY

## Certificate of Service

I hereby certify that I served a copy of the foregoing motion on the parties having appeared in this matter who are not electronically registered: Steve Gutherz, 675 Massachusetts Ave., 9th Floor, Cambridge, MA 02139 by mail this 24th day of April 2006.

> /s/ Mark J. Grady
> MARK J. GRADY