IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br><br>    Plaintiff,<br><br>v.<br><br>MONTGOMERY KONE, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>HAMILTON DOOR & CAB, INC.,<br>METROPOLITAN ELEVATOR CO.,<br>INC., and UNITED STATES OF<br>AMERICA,<br><br>    Third-Party Defendants | Case No. 04-CV-11648-GAO |

## DECLARATION OF CYNTHIA J. DANGO

COMES NOW Cynthia J. Dango and for her Declaration, states as follows:

1. My name is Cynthia J. Dango. I am employed by the United States Postal Service ("USPS"), over the age of twenty-one and competent to make this Declaration. I make this Declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746 and am aware that this Declaration is the legal equivalent of a statement under oath.

2. I work for the United States Postal Service as an Injury Compensation Specialist. In my position, I process claim forms for forwarding to the Department of Labor-OWCP, as well as manage injury compensation cases for Postal employees in the Massachusetts District.

3. The United States Postal Service maintains records of injury compensation claims in the regular course of its business and I am familiar with the recordkeeping system utilized by the United States Postal Service in maintaining injury compensation records.

4. Exhibits A-E, which are set out below and attached hereto are true and accurate copies of the originals which were retrieved from United States Postal Service injury compensation records.

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| A | 6/6/01 | Michael Bassett's Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation – 6/6/01 |
| B | 6/7/01 | Michael Bassett's Notice of Occupational Disease and Claim for Compensation – 6/7/01 |
| C | 10/12/01 | Correspondence from Claims Examiner Craig Demello to Michael Bassett – claim for injury of 6/6/01 was accepted |
| D | 11/2/01 | Memorandum for Safety Office – CA-1 accepted for Michael Bassett's injury of 6/6/01 |
| E |  | Michael Bassett's Medical Payment History for 6/6/01 claim for injury |

5. Further Declarant sayeth not.

6. I declare under penalty of perjury that the foregoing is true and correct.

_Cynthia J. Dango_          4/24/06
CYNTHIA J. DANGO             DATE

2

| Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation | U.S. Department of Labor Employment Standards Administration Office of Workers' Compensation Programs |
|---|---|

Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes, a, b, and c.

SENT TO OWCP 2-30-1 ICCO-BOSTON, MA

### Employee Data

1. Name of employee (Last, First, Middle): BASSETT MICHAEL JOHN
2. Social Security Number: 034528771
3. Date of birth: 04 28 61
4. Sex: ☒ Male ☐ Female
5. Home telephone: (978) 459-4991
6. Grade as of date of injury: Level 1 Step G
7. Employee's home mailing address (Include city, state, and ZIP Code): 114 SAYLES ST. Lowell, MA. 01851-1628
8. Dependents: ☒ Wife ☐ Husband ☒ Children under 18 years ☐ Other

### Description of Injury

9. Place where injury occurred: 770 MASS AVE — 2ND FLOOR CAMB., MA. 02139 IN ELEVATOR
10. Date injury occurred: 06 06 01
    Time: 10:05 ☒ a.m. ☐ p.m.
11. Date of this notice: 06 06 01
12. Employee's occupation: LETTER CARRIER / PARCEL POST
13. Cause of injury (Describe what happened and why): PUSHED POST CON INTO ELEVATOR GATE CAME DOWN AND STRUCK ME ON THE TOP OF THE HEAD. (12b)
14. Nature of injury (Identify both the injury and the part of body, e.g., fracture of left leg): CONTUSION TO HEAD — THROBBING PAIN / HEADACHE

### Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☐ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☒ b. Sick and/or Annual Leave

Signature of employee or person acting on his/her behalf: [signature]

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

Have your supervisor complete the receipt attached to this form and return it to you for your records.

End of Employee Report

### Witness

16. Statement of witness (Describe what you saw, heard, or know about this injury)

FIRST AID INJURY ☒   COP PD FOR DIS ____
OUTSIDE MEDICAL ____   COP PD FOR MED TREAT ____
CONTRACT FACILITY ☒   NOT REPORTED TO OWCP ____
LIMITED DUTY ____   LEAVE PD FOR DIS ____

Name of witness _____   Signature of witness _____   Date signed _____
Address _____   City _____   State _____   ZIP Code _____

Form CA-1
Rev. Nov. 1989

US POSTAL SERVICE
ICCO-ROOM 3002
25 DORCHESTER AVENUE
BOSTON MA 02205-9420
LINDA M. DELUCA, HR SPECIALIST
TEL: 617-654-5524  FAX: 617-654-5449

(Include city, state, and ZIP Code)
~Annex~

OWCP Agency Code: 566200
OSHA Site Code:
ZIP Code:

18. Employee's duty station (Street address and ZIP Code)
East Street Carrier Annex 28 East St. Cam MA 02141-9998

19. Regular
   go to item 31.)

20. Regular

31. Name and address of physician first providing medical care (Include city, state, ZIP Code)
J Burress, MD
One Harborside Dr.
East Boston MA 02128

32. First date medical care received: Mo. 06 Day 06 Yr. 01

33. Do medical reports show employee is disabled for work? ☐ Yes ☒ No

34. Does your knowledge of the facts about this injury agree with statements of the employee and/or witness? ☒ Yes ☐ No (If "No," explain)

35. If the employing agency controverts continuation of pay, state the reason in detail.

36. Pay rate when employee stopped work: $19.08 hr.
$36,692 Per Yr.

**Signature of Supervisor and Filing Instructions**

37. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect of this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Jeannie O'Brien
Name of Supervisor (Type or print)

[signature]
Signature of supervisor

Cust. Sen. Supv. (Acting)
Supervisor's Title

06/06/01
Date

(617) 494-7884
Office phone

38. Filing instructions
☒ No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D)
☐ No lost time, medical expense incurred or expected: forward this form to OWCP
☐ Lost time covered by leave, LWOP, or COP: forward this form to OWCP
☒ First Aid Injury

Form CA-1
Rev. Nov. 1989

## Disability Benefits for Employees under the Federal Employees' Compensation Act (FECA)

The FECA, which is administered by the Office of Workers' Compensation Programs (OWCP), provides the following benefits for job-related traumatic injuries:

(1) Continuation of pay for disability resulting from traumatic, job-related injury, not to exceed 45 calendar days. (To be eligible for continuation of pay, the employee, or someone acting on his/her behalf, must file Form CA-1 within 30 days following the injury; however, to avoid possible interruption of pay, the form should be filed within 2 working days. If the form is not filed within 30 days, compensation may be substituted for continuation of pay.)

(2) Payment of compensation for wage loss after the 45 days, if disability extends beyond such period.

(3) Payment of compensation for permanent impairment of certain organs, members, or functions of the body (such as loss or loss of use of an arm or kidney, loss of vision, etc.), or for serious disfigurement of the head, face, or neck.

(4) Vocational rehabilitation and related services where necessary.

(5) Full medical care from either Federal medical officers and hospitals, or private hospitals or physicians, of the employee's choice. Generally, 25 miles from the place of injury, place of employment, or employee's home is a reasonable distance to travel for medical care; however, other pertinent facts must also be considered in making selection of physicians or medical facilities.

At the time an employee stops work following a traumatic, job-related injury, he or she may request continuation of pay or use sick or annual leave credited to his or her record. Where the employing agency continues the employee's pay, the pay must not be interrupted until:

(1) The employing agency receives medical information from the attending physician to the effect that disability has terminated;

(2) The OWCP advises that pay should be terminated; or

(3) The expiration of 45 calendar days following initial work stoppage.

If disability exceeds, or it is anticipated that it will exceed, 45 days, and the employee wishes to claim compensation, Form CA-7, with supporting medical evidence, must be filed with OWCP. To avoid interruption of income, the form should be filed on the 40th day of the COP period. Form CA-3 shall be submitted to OWCP when the employee returns to work, disability ceases, or the 45-day period expires.

For additional information, review the regulations governing the administration of the FECA (Code of Federal Regulations, Title 20, Chapter 1) or Chapter 810 of the Office of Personnel Management's Federal Personnel Manual.

## Privacy Act

In accordance with the Privacy Act of 1974 (Public Law No. 93-579, 5 U.S.C. 552a) and the Computer Matching and Privacy Protection Act of 1988 (Public Law No. 100-503), you are hereby notified that: (1) the Federal Employees' Compensation Act, as amended (5 U.S.C. 8101, et seq.) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor. In accordance with this responsibility, the Office receives and maintains personal information on claimants and their immediate families. (2) The information will be used to determine eligibility for and the amount of benefits payable under the Act. (3) The information collected by this form and other information collected in relation to your compensation claim may be verified through computer matches. (4) The information may be given to Federal, State, and local agencies for law enforcement and for other lawful purposes in accordance with routine uses published by the Department of Labor in the Federal Register. (5) Failure to furnish all requested information may delay the process, or result in an unfavorable decision or a reduced level of benefits. (Disclosure of a social security number (SSN) is voluntary; the failure to disclose such number will not result in the denial of any right, benefit or privilege to which an individual may be entitled. Your SSN may be used to request information about you from employers and others who know you, but only as allowed by law or Presidential directive. The information collected by using your SSN may be used for studies, statistics, and computer matching to benefit and payment files.)

## Receipt of Notice of Injury

This acknowledges receipt of Notice of Injury sustained by
(Name of injured employee)

MARK BASSETT

Which occurred on (Mo., Day, Yr.)

At (Location) 770 MASS. AVE. (CENTRAL SQ.)

Signature of Official Superior _____   Title: MGR/BELL   Date (Mo., Day, Yr.): 6/6/01

✓ Notice of Occupational Disease and Claim for Compensation

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

012-
SENT TO OWCP
6-2-3
ICCO-BOSTON, MA

**Employee:** Please complete all boxes 1 - 18 below. Do not complete shaded areas.
**Employing Agency (Supervisor or Compensation Specialist):** Complete shaded boxes a, b, and c.

### Employee Data

1. Name of employee (Last, First, Middle)

TO OPERATE AND SAID IF THE HEADACHES DON'T GO AWAY IN A WHILE THAT I SHOULD SEE A NEUROLOGIST

2. Social Security Number

16. If the statement requested in item 1 of the attached instructions is not submitted with this form, explain reason for delay.

17. If the medical reports requested in item 2 of attached instructions are not submitted with this form, explain reason for delay.

### Employee Signature

18. I certify, under penalty of law, that the disease or illness described above was the *result of my employment with the United States Government,* and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf _____  Date 05/05/03

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402

Form CA-2
Rev. Jan. 1997



Official Supervisor's Report of Occupational Disease: Please complete information requested below

**Supervisor's Report**

US POSTAL SERVICE
ICCO - ROOM 3002
25 DORCHESTER AVENUE
BOSTON MA 02205-9420
LINDA M. DELUCA, HR SPECIALIST
TEL: 617 654-5522, FAX: 617 654-5449

(Include city, state, and ZIP Code) Office

OWCP Agency Code: 560090

OSHA Site Code:

ZIP Code: 02141

20. Employee's duty station (Street address and ZIP Code): 25 East St
ZIP Code: 02141

21. Regular work hours: From: 9:30 a.m. To: 6:00 p.m.

22. Regular work schedule: Rotating day off w/Sunday off
☐ Sun. ☐ Mon. ☐ Tues. ☐ Wed. ☐ Thurs. ☐ Fri. ☐ Sat.

23. Name and address of physician first providing medical care: John Burgss, Harborside Dr, E. Boston

24. First date medical care received: 06/07/01

25. Do medical reports show employee is disabled for work? ☐ Yes ☒ No

26. Date employee first reported condition to supervisor: 06/01/01

27. Date and hour employee stopped work: DNIS, Time:

28. Date and hour employee's pay stopped: DNIS, Time:

29. Date employee was last exposed to conditions alleged to have caused disease or illness:

30. Date returned to work: NA, Time:

31. If employee has returned to work and work assignment has changed, describe new duties: NO

32. Employee's Retirement Coverage: ☐ CSRS ☒ FERS ☐ Other (Specify)

33. Was injury caused by third party? ☐ Yes ☒ No — If "No," go to item 35.

34. Name and address of third party:

**Signature of Supervisor**

35. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Name of Supervisor (Type or print): J.P. Doyle
Signature of Supervisor: [signature]
Date: 5/6/03
Supervisor's Title: Sup Cus Ser (A)
Office phone: 617 494-6357

Form CA-2
Rev. Jan. 1997

File Number: 012002681
1008-D-AC

Your claim for injury on the date shown above has been accepted for:

ICD CODE: 920; HEAD CONTUSION

If your injury results in disability for work or the need for medical treatment, you may be eligible to receive continuation of pay (COP) until you recover or return to light duty, up to a maximum of 45 calendar days. If wage loss continues after the expiration of COP, you are eligible to claim disability compensation on Form CA-7.

TO EMPLOYER: IF A FORM CA-7 IS FILED, PLEASE ATTACH A COPY OF THE POSITION DESCRIPTION (INCLUDING PHYSICAL REQUIREMENTS) FOR THE JOB HELD BY THE EMPLOYEE WHEN DISABILITY BEGAN.

Enclosed is a notice entitled "Now That Your Claim Has Been Accepted . . .", which provides information about payment of bills, claims for compensation, and other matters pertinent to your claim.

If you have any questions about your claim, you may contact me at the above address.

Sincerely,

CRAIG S. DEMELLO
Claims Examiner

US POSTAL SERVICE
BOSTON DISTRICT GMF
ICCO-ROOM 3002    560000
25 DORCHESTER AVENUE
BOSTON, MA 02205
Enclosure: CA-1009

INJURY COMPENSATION CONTROL OFFICE
BOSTON DISTRICT

**UNITED STATES POSTAL SERVICE**

MEMORANDUM FOR:     Safety Office

SUBJECT:     Injury Status Change/Notification Report

Today's Date: _11-2-1_

Effective Date of Change _10-12-1_

Employee's Name _Michael Bassett_ SSN: _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_

Pay Location _338_ Date of Injury _6-6-1_

STATUS CHANGE/NOTIFICATION (Please check below)

___✓___ CA-1 Accepted   _HEAD CONTUSION_

_____ COP and/or Compensation Paid for a Traumatic Disability

_____ CA-2 Claim Accepted

_____ Claim Disallowed:     _____ CA-1     _____ Ca-2

Reason:

1.) _____ Medical Evidence Submitted does not substantiate an Injury on duty

2.) _____ Fact of Injury not established and Injury is not compensable under the FECA.

3.) _____ Other: (explain)

_____

_____

cc: Manager, _J. Holland_
    Health Unit
    Status Change Book
    File

25 DORCHESTER AVE RM 3002
BOSTON MA 02205-9420

D

04/03/2006 10:18  9782760518  INJURCOMP  PAGE 02
eICPAS Medical Payment Tracking  Page 1 of 1

## WORKER'S COMP CASE EMPLOYEE DETAIL
*RESTRICTED INFORMATION*

**CURRENT INFORMATION:**

| | |
|---|---|
| OWCP CASE: 012002691 | ACCIDENT NUMBER: TA3801000025 |
| NAME: Bassett, Michael John | SSN: 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 |
| ADDRESS1: 114 Sayles St | DOB/AGE: 04/28/1961 - 44 |
| ADDRESS2: | EOD DATE: 09/18/1993 |
| CITY STATE ZIP: Lowell MA 01851-1628 | YRS/MO SERVICE: 12 / 7 |

## MEDICAL PAYMENT TRACKING
*RESTRICTED INFORMATION*

2002 (1)  2001 (10)

| Prov ID | Payee Name | Prov Type | Proc Code | Service Dates | Date Recd | Date Paid | Amt Billed | Amt Paid |
|---|---|---|---|---|---|---|---|---|
| 042105811 | Deaconess Waltham Hospital | H | RCC | 10/04/2001 - 10/04/2001 | 05/22/2002 | 06/06/2002 | $10.35 | $10.35 |
| 042105811 | Deaconess Waltham Hospital | H | 99212 25 | 10/04/2001 - 10/04/2001 | 05/22/2002 | 06/06/2002 | $75.00 | $56.30 |
| 042105811 | Deaconess Waltham Hospital | H | 93005 | 09/18/2001 - 09/18/2001 | 05/22/2002 | 06/06/2002 | $81.00 | $27.22 |
| 050466250 | Occupational Health And Rehab | T | 97001 | 08/16/2001 - 08/16/2001 | 10/02/2001 | 10/25/2001 | $80.00 | $80.00 |
| 050466250 | Occupational Health And Rehab | T | 97110 | 08/16/2001 - 08/16/2001 | 10/02/2001 | 10/25/2001 | $47.88 | $47.88 |
| 050466250 | Occupational Health And Rehab | T | 99214 | 08/16/2001 - 08/16/2001 | 10/02/2001 | 10/25/2001 | $60.11 | $60.11 |
| 043001031 | Cambridge Regional Mri | P | 72141 | 08/09/2001 - 08/09/2001 | 01/24/2002 | 01/31/2002 | $1,650.00 | $938.04 |
| 050466250 | Occupational Health And Rehab | T | 99214 | 07/12/2001 - 07/12/2001 | 10/02/2001 | 10/25/2001 | $60.11 | $60.11 |
| 050466250 | Occupational Health And Rehab | T | 99214 | 06/21/2001 - 06/21/2001 | 11/20/2001 | 12/06/2001 | $60.11 | $60.11 |
| | Occ. Health & Rehab - Logan | | 1 | 06/08/2001 | 11/28/2001 | 11/28/2001 | $106.89 | $106.89 |
| | | | TOTAL | | | | $2,211.25 | $1,446.81 |

https://eicpas.usps.gov:9443/ICPAS_WEB/medicalPay.do?employeeFrozenOid=1492150&...  4/3/2006

E

04/03/2006 10:18    9782768518                INJURCOMP                              PAGE 03
eICPAS Medical Payment Tracking                                                      Page 1 of 1

Home | Query | Report Builder | Michael Bassett | Accident Detail | Involved Persons | Injury Detail

 **UNITED STATES POSTAL SERVICE** | **INJURY COMPENSATION PERFORMANCE ANALYSIS SYSTEM** [Logout] | Rol

Case Status/Controversion Hist | Compensation Tracking | Medical Payment Tracking | Medical Evidence Tracking | Individual Case Cost/Cost Hist

## WORKER'S COMP CASE EMPLOYEE DETAIL
*RESTRICTED INFORMATION*

**CURRENT INFORMATION:**

OWCP CASE: 012002651                           ACCIDENT NUMBER: TA3801000025
NAME: Bassett, Michael John                    SSN: 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
ADDRESS1: 114 Sayles St                        DOB/AGE: 04/28/1961 - 44
ADDRESS2:                                      EOD DATE: 09/18/1993
CITY STATE ZIP: Lowell MA 01851-1628           YRS/MO SERVICE: 12 / 7

### MEDICAL PAYMENT TRACKING
*RESTRICTED INFORMATION*

2002 (1)  2001 (10)

| Prov ID | Payee Name | Prov Type | Proc Code | Service Dates | Date Rec'd | Date Paid | Amt Billed | Amt Paid |
|---|---|---|---|---|---|---|---|---|
| 042103612 | New England Baptist Hospital | H | 99275 | 02/01/2002 - 02/01/2002 | 03/29/2002 | 04/04/2002 | $200.00 | $200.00 |
| | | | | TOTAL | | | $200.00 | $200.00 |

https://eicpas.usps.gov:9443/ICPAS_WEB/medicalPay.do?employeeFrozenOid=1492150&...   4/3/2006