O AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

PLAINTIFF
MICHAEL BASSETT

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
MONTGOMERY KONE, INC.

Case Number: 04-CV-11648 GAO

V. THIRD PARTY DEFENDANT
HAMILTON DOOR & CAB, INC.,
METROPOLITAN ELEVATOR CO., INC.,
UNITED STATES OF AMERICA

TO: Name and address of Third Party Defendant
Metropolitan Elevator Co., Inc.
c/o Susan Hudson
22 Castle Street, Apt. 1
Plymouth, MA 02360-4306

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Steve Gutherz, Esq.<br>675 Massachusetts Avenue<br>9th Floor<br>Cambridge, MA 02139<br>(617) 868-2030<br>(617) 876-0780 | Brooks A. Ames, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>(617) 406-6000<br>(617) 406-6100 |

an answer to the third-party complaint which is served on you with this summons, within ____twenty____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff's demanding judgment against you in favor of the original plaintiff under the Circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  FEB 0 3 2006

American LegalNet, Inc.
www.USCourtForms.com

OAO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

June 21, 2006

I hereby certify and return that on 6/16/2006 at 1:54PM I served a true and attested copy of the third party summons and third party complaint and exhibits in this action in the following manner: To wit, by delivering in hand to Susan Hudson, agent, person in charge at the time of service for Metropolitan Elevator Co., Inc. at 22 Castle Street, Apt #1 Plymouth, MA 02360. Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff Russell F. Tinkham, Jr.

*Deputy Sheriff* (signature)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | 0.00  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                        *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.USCourtForms.com