UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY KONE, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>METROPOLITAN ELEVATOR CO., INC.,<br>HAMILTON DOOR & CAB, INC.,<br>and THE UNITED STATES OF AMERICA,<br><br>    Third-Party Defendants. | CIVIL ACTION NO.  04-CV-11648 GAO |

**MOTION FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT**
**METROPOLITAN ELEVATOR CO., INC. PURSUANT TO RULE 55(a)**

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, defendant and third-party plaintiff ("KONE") (improperly named as Montgomery Kone, Inc.) respectfully requests that a default enter against third-party defendant Metropolitan Elevator Co., Inc. ("Metropolitan").  As reasons for this motion, KONE states as follows:

    1.    On February 3, 2006, KONE filed a third-party complaint seeking a judgment for affirmative relief against third-party defendant Metropolitan.

    2.    On June 16, 2006, the summons and a copy of the third-party complaint were served on Metropolitan.  The time for filing a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure has expired, and Metropolitan has failed to serve or file an answer or otherwise defend as to KONE's third-party complaint.

3. In further support of this request, KONE refers to the affidavit of Brooks A. Ames attached hereto.

WHEREFORE, defendant and third-party plaintiff KONE Inc. makes application that the third-party defendant Metropolitan Elevator Co., Inc. be defaulted.

> Respectfully submitted,
>
> KONE Inc.
> By its attorney,
>
> _____/s/ Brooks A. Ames_____
> Brooks A. Ames, BBO #641192
> DLA PIPER RUDNICK GRAY CARY US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110
> T (617) 406-6045
> F (617) 406-6145

Dated:  August 17, 2006