UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY KONE, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>METROPOLITAN ELEVATOR CO., INC.,<br>HAMILTON DOOR & CAB, INC.,<br>and THE UNITED STATES OF AMERICA,<br><br>    Third-Party Defendants. | CIVIL ACTION NO. 04-CV-11648 GAO |

## **AFFIDAVIT OF BROOKS A. AMES**

I, Brooks A. Ames, swear and affirm that the following is true to the best of my information and belief.

1. I represent the defendant and third-party plaintiff KONE Inc. ("Kone") (improperly named as Montgomery Kone, Inc.) in the above-entitled action.

2. On February 3, 2006, I filed a third-party complaint against the third-party defendant Metropolitan Elevator Co., Inc. ("Metropolitan").

3. On June 16, 2006, the summons and a copy of the third-party complaint was served on Metropolitan.

4. More than twenty (20) days have elapsed since the date on which Metropolitan was served with the third-party complaint.

BOST1\436578.1

5. Metropolitan has failed to answer or otherwise defend as to the third-party complaint.

Signed under the penalties of perjury this 17th day of August, 2006.

                                                                         ____/s/ Brooks A. Ames_____
                                                                          Brooks A. Ames, BBO #641192