UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MONTGOMERY KONE, INC** <br>         **Third Party Plaintiff** <br><br> **V.** <br><br> **METROPOLITAN ELEVATOR CO., INC.** <br>         **Third Party Defendant** | **CIVIL ACTION** <br><br> **NO.  04-11648-GAO** |

### NOTICE OF DEFAULT

Upon application of the Third Party Plaintiff,  **MONTGOMERY KONE, INC.** for an order of Default for failure of the Third Party Defendant, **METROPOLITAN ELEVATOR CO., INC.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 21 day of AUGUST, 2006.

                                                                                               **SARAH A. THORNTON** <br>
                                                                                               **CLERK OF COURT**

                                                                       **By:**    **PAUL LYNESS** <br>
                                                                                    **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)