UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Bassett,<br><br>  Plaintiff,<br><br>v.<br><br>Montgomery Kone, Inc.,<br><br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>Metropolitan Elevator Co., Inc., Hamilton Door & Cab, Inc., and the United States of America<br><br>  Third-Party Defendants. | C.A. NO.: 04-CV-11648 GAO |

### THIRD-PARTY DEFENDANT HAMILTON DOOR & CAB, INC.'S MOTION TO COMPEL PLAINTIFF MICHAEL BASSETT'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

  Now comes the third-party defendant, Hamilton Door & Cab, Inc., and moves this Honorable Court to compel the plaintiff, Michael Bassett, to provide full and complete Answers to Interrogatories and a full and complete Response to Request for Production of Documents, together with all of the documents requested therein, within two weeks of the filing of this Motion. As grounds therefore, the third-party defendant would show the Court as follows:

1. Third-party defendant Hamilton Door & Cab, Inc. served Interrogatories and a Request for Production of Documents on plaintiff Michael Bassett on June on June 29, 2007.

2. The plaintiff's Answers to Interrogatories and Response to Request for Production of Documents were due on or before August 1, 2007.

3. As of today, the plaintiff has still not provided third-party defendant Hamilton Door & Cab, Inc. with his Answers to Interrogatories, Response to Request for Production of Documents or any of the requested documents.

4. The undersigned counsel for third-party defendant Hamilton Door & Cab, Inc. contacted plaintiff's counsel by letter on August 7, 2007, a copy of which is attached hereto as Exhibit A, in an attempt to resolve this matter without court intervention. Plaintiff's counsel has never responded to this letter.

5. In a further attempt to resolve this matter without court intervention, the undersigned attorney telephoned plaintiff's counsel today about the outstanding discovery, but the parties were unable to come to an agreement.

6. By failing to provide timely Answers to Interrogatories, the plaintiff has waived his right to object to any of the Interrogatories propounded to him. In the absence of an extension of time or good cause, neither of which exists here, failure to object to Interrogatories within the time fixed by the Rules of Civil Procedure constitutes a waiver of any objection. *United States of America v. 58.16 Acres of Land*, 66 F.R.D. 570 (E.D. Ill. 1975). In the instant case, the plaintiff's failure to serve his objections on or before August 1, 2007, constitutes a waiver of his right to object to any of the Interrogatories duly served on him.

7. Likewise, by failing to provide timely objections to the Request for Production of Documents, the plaintiff has waived his right to object to any of the requests therein. If a party fails to file timely objections, such failure constitutes a waiver of any objection which a party might have to the requests. *Krewson v. City of Quincy*, 120 F.R.D. 6 (D.Mass. 1988). In the instant case, the plaintiff failed to file any objections within the time provided by the Federal Rules of Civil Procedure. The plaintiff's failure to serve his objections on or before August 1, 2007 constitutes a waiver of his right to object to any of the requests duly served on him.

8. Plaintiff's willful failure to comply with his discovery obligations has caused and continues to cause undue harm and severe prejudice to the third-party defendant, as the third-party defendant is unable to properly evaluate this case, nor is it able to prepare its defense without the requested information and documents. An even more urgent concern is the upcoming deadline for fact witness depositions of November 1, 2007. The third-party defendant cannot properly prepare to take the plaintiff's deposition without the requested information and documents.

WHEREFORE, Third-Party Defendant Hamilton Door & Cab, Inc. respectfully prays this Honorable Court allows its Motion and compels the Plaintiff to provide full and complete Answers to Interrogatories and to produce all of the requested documents within two weeks of the filing of this Motion.

        Respectfully submitted,
        Attorneys for Third-Party Defendant
        Hamilton Door & Cab, Inc.,


        /s/ Debra I. Lerner
        Michael J. Mazurczak, BBO: #555106
        Debra I. Lerner, BBO: #555775
        Melick, Porter & Shea, LLP
        28 State Street, 22nd Floor
        Boston, Massachusetts 02109
        Telephone: (617) 523-6200
        Facsimile: (617) 523-8130


## CERTIFICATE OF SERVICE

I, Debra I. Lerner, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


        /s/ Debra I. Lerner
        Debra I. Lerner


Date: September 5, 2007