

**MELICK, PORTER & SHEA, LLP**
COUNSELLORS AT LAW

Debra I. Lerner
(617) 502-9619
FAX: (617) 502-9719
dlerner@melicklaw.com

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRE A. SANSOUCY
ROBERT R. HAMEL, JR.
JENNIFER B. HARDY
MAUREEN E. LANE *(NH)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
ALEXANDRA POWER
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
DENNIS M. LINDGREN
GREGORY M. BOUCHER *(NH)
NICOLE L. COOK *(NH)
ANDREW M. MCKINNEY
KATHLEEN A. BUGDEN
RAYMOND H. TOMLINSON, JR.
DINA M. SCHIAVO
JOHN A. CALETRI *(RI)

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA M. MARCIN
VINCENT P. DUNN *(NH)
JOHN J. REARDON

*ALSO ADMITTED

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

49 WEYBOSSET STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

65 BANK STREET
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

MELICKLAW.COM

August 7, 2007

Attorney Steve Gutherz, Esq.
675 Massachusetts Avenue
Cambridge, MA  02139

Re: *Michael Bassett v. Montgomery Kone, Inc. v. Metropolitan Elevator Co., Inc., Hamilton Door & Cab, Inc. and The United States of America*
Civil Action No. 04-CV-11648-GAO
U.S. District Court-Massachusetts

Dear Attorney Gutherz:

Interrogatories and a Request for Production of Documents were served on your client in the above-referenced case on June 29, 2007 and are now past due. In light of your client reneging on the settlement agreement reached between my client and him, I must insist on immediately receiving his full and complete discovery responses.

If I do not have his full and complete Answers to Interrogatories and Response to Request for Production of Documents by August 17, 2007, I will have no choice but to file a Motion to Compel.

Thank you for your prompt attention to this matter.

Very truly yours,

Debra I. Lerner