UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Michael Bassett, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Montgomery Kone, Inc., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | C.A. NO.: 04-CV-11648 GAO |
| ) | |
| v. ) | |
| ) | |
| Metropolitan Elevator Co., Inc., Hamilton ) | |
| Door & Cab, Inc., and the United States of ) | |
| America ) | |
| ) | |
| Third-Party Defendants. ) | |

### RULE 7.1 CERTIFICATION IN SUPPORT OF THIRD-PARTY DEFENDANT HAMILTON DOOR & CAB, INC.'S MOTION TO COMPEL PLAINTIFF MICHAEL BASSETT'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

I, Debra Lerner, attorney for third-party defendant Hamilton Door & Cab, Inc., hereby certify that I have attempted to resolve or narrow the issues in the Motion to Compel Plaintiff Michael Bassett's Answers to Interrogatories and Response to Request for Production of Documents as follows:

1. I contacted plaintiff's counsel by letter on August 7, 2007, in an attempt to resolve this matter without court intervention. Plaintiff's counsel has never responded to this letter.

2. I also conferred with plaintiff's counsel this afternoon, but we were unable to come to an agreement.

_____
Debra Lerner

2

## CERTIFICATE OF SERVICE

    I, Debra I. Lerner, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                /s/ Debra I. Lerner  
                                                Debra I. Lerner

Date: September 5, 2007