UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT, <br><br> Plaintiff, <br><br> v. <br><br> MONTGOMERY KONE, INC., <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> METROPOLITAN ELEVATOR CO., INC., HAMILTON DOOR & CAB, INC., AND THE UNITED STATES OF AMERICA <br><br> Third-Party Defendants. | C.A. NO.: 04-CV-11648 GAO |

## **STIPULATION OF DISMISSAL**

THE PARTIES TO THE ABOVE-ENTITLED ACTION, PURSUANT TO THE PROVISIONS OF FED.R.CIV.P. RULE 41 (a)(1)(ii), HEREBY STIPULATE THAT SAID ACTION, INCLUDING ALL CROSS-CLAIMS AND THE THIRD-PARTY CLAIM AGAINST HAMILTON DOOR & CAB, INC., BE DISMISSED WITH PREJUDICE AND WITHOUT COSTS. THE THIRD-PARTY CLAIM AGAINST METROPOLITAN ELEVATOR CO., INC. REMAINS OPEN AND PENDING.

Plaintiff Michael Bassett,

By his attorney,

_____
Steven J. Gutherz, BBO No. 545996
675 Massachusetts Avenue
9th floor
Cambridge, MA 02139
(617) 868-2030

Third-Party Defendant
Hamilton Door & Cab, Inc.
By its attorneys,

_____
Michael Mazurczak, BBO No. 555106
Debra I. Lerner, BBO No. 555776
Melick, Porter & Shea, LLP
28 State Street, 22nd floor
Boston, MA 02109
617-523-6200

Defendant Montgomery Kone, Inc.
n/k/a KONE, Inc.
By its attorneys,

_____
Brooks Ames, BBO No. 641192
DLA Piper US LLP
33 Arch Street, 26th floor
Boston, MA 02110
(617) 406-6045

**CERTIFICATE OF SERVICE**

      I, Debra I. Lerner, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

      /s/ Debra I. Lerner
      Debra I. Lerner