UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BASSETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY KONE, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>METROPOLITAN ELEVATOR CO., INC.,<br>HAMILTON DOOR & CAB, INC.,<br><br>    Third-Party Defendants. | CIVIL ACTION NO.  04-CV-11648 GAO |

**NOTICE OF VOLUNTARY DISMISSAL**

Defendant and third-party plaintiff KONE Inc. ("KONE"), improperly named as Montgomery KONE, Inc., hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(i), that it is dismissing its third-party claims against Metropolitan Elevator Co., Inc. ("Metropolitan"). Metropolitan has not served an answer or a motion for summary judgment.

                                                    Respectfully submitted,

                                                    KONE INC.
                                                    By its attorney,


                                                     /s/ Brooks A. Ames
                                                    Brooks A. Ames (BBO #641192)
                                                    DLA PIPER US LLP
                                                    33 Arch Street, 26th Floor
                                                    Boston, MA 02110
                                                    (617) 406-6045 (*telephone*)
                                                    (617) 406-6145 (*fax*)

Dated:  March 11, 2008

BOST1\511521.1